UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

DENA LUCILLE KREGER,

        Plaintiff,

        v.                      CAUSE NO. 1:23-CV-280-HAB-SLC

WHITLEY COUNTY JAIL, et al.,

        Defendants.

ORDER

Dena Lucille Kreger, a prisoner without a lawyer, was granted until August 14, 2023, to resolve her filing fee status. ECF 4. The deadline passed without a response. Nevertheless, she is required to pay the filing fee. *See* 28 U.S.C. § 1915; *Newlin v. Helman*, 123 F.3d 429 (7th Cir. 1997).

For these reasons, the court:

(1) DISMISSES this case WITHOUT PREJUDICE;

(2) ORDERS the plaintiff, **Dena Lucille Kreger, IDOC # UNKNOWN, Whitley County Jail # 130715,** to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $402.00 filing fee is paid in full;

(3) DIRECTS the clerk to create a ledger for receipt of these funds; and

(4) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on August 30, 2023.

s/Holly A. Brady
CHIEF JUDGE
UNITED STATES DISTRICT COURT