AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DENA LUCILLE KREGER
*also known as*
Dena L Kreger
    Plaintiff

v.    Civil Action No. 1:23-cv-280

WHITLEY COUNTY JAIL

CALHOUNE, *COS*

YEGAL, *COS*

NICKI, *COS*

SHAWN MARTIN, *Jail Commander*

B HULL, *Sargent*

SHEPHERD, *Sargent*
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____

without a jury and the above decision was reached.

**X** decided by <u>Chief Judge Holly A. Brady.</u>

DATE:<u>   8/30/2023   </u>  CHANDA J. BERTA, CLERK OF COURT

by<u>     s/N. Corle            </u>
*Signature of Clerk or Deputy Clerk*